# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 15-961V
### Filed: April 28, 2016
### UNPUBLISHED

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| JENNIFER RICCI, | \* | |
| | \* | |
| Petitioner, | \* | Damages Decision Based on Proffer; |
| | \* | Influenza Vaccine ("Flu Vaccine"); |
| v. | \* | Shoulder Injury Related to Vaccine |
| SECRETARY OF HEALTH | \* | Administration ("SIRVA"); |
| AND HUMAN SERVICES, | \* | Special Processing Unit ("SPU") |
| | \* | |
| Respondent. | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*Maximillian Muller, Muller Brazil, LLP, Dresher, PA,* for petitioner.
*Robert Coleman, U.S. Department of Justice, Washington, DC* for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On September 2, 2015, Jennifer Ricci ("petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act" or "Program").  Petitioner alleged that she suffered a shoulder injury caused in fact by the influenza vaccination she received on October 14, 2014.  Petition at 1, ¶¶ 2, 4, 12.  The case was assigned to the Special Processing Unit of the Office of Special Masters.

On March 16, 2016, the undersigned issued a ruling on entitlement, finding petitioner entitled to compensation.  On April 12, 2016, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $91,680.17.  Proffer at 1.  In the Proffer, respondent represented that petitioner agrees with the

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

proffered award.  *Id.*  Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $91,680.17 in the form of a check payable to petitioner, Jennifer Ricci.**  This amount represents compensation for all damages that would be available under § 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

_____
                                    )
JENNIFER RICCI,                     )
                                    )
         Petitioner,                )
                                    )   No. 15-961V (**ECF)**
v.                                  )   Chief Special Master Dorsey
                                    )
SECRETARY OF HEALTH                 )
AND HUMAN SERVICES,                 )
                                    )
         Respondent.                )
_____ )

## PROFFER ON AWARD OF COMPENSATION[1]

**I.     Procedural History**

On September 2, 2015, Jennifer Ricci ("petitioner") filed a Petition for compensation under the National Childhood Vaccine Injury Act of 1986, as amended, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act"). Petitioner alleges that she suffered from a left shoulder injury as a result of receiving an influenza vaccine on October 14, 2014. Petition at 1-2. Petitioner alleges a theory based on causation-in-fact.

On March 14, 2016, respondent filed her Vaccine Rule 4(c) report, conceding causation-in-fact for petitioner's shoulder injury related to vaccine administration ("SIRVA").

**II.    Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded $91,680.17, which represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to discuss after the Damages Decision is issued.

### III.  Form of the Award

Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment of $91,680.17, in the form of a check payable to petitioner.[2] Petitioner agrees.

                                         Respectfully submitted,

                                         BENJAMIN C. MIZER
                                         Principal Deputy Assistant Attorney General

                                         RUPA BHATTACHARYYA
                                         Director
                                         Torts Branch, Civil Division

                                         VINCENT J. MATANOSKI
                                         Deputy Director
                                         Torts Branch, Civil Division

                                         LINDA S. RENZI
                                         Senior Trial Counsel
                                         Torts Branch, Civil Division

                                         <u>s/ Robert P. Coleman III</u>
                                         ROBERT P. COLEMAN III
                                         Trial Attorney
                                         Torts Branch, Civil Division
                                         U.S. Department of Justice
                                         P.O. Box 146
                                         Benjamin Franklin Station
                                         Washington, D.C. 20044-0146
                                         Tel: (202) 305-0274
                                         Email: Robert.P.Coleman@usdoj.gov

DATED:  April 12, 2016

---

[2]  Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.